JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/04 | 1 | MOTION, BRIEF, SCHEDULE OF ACTION, EXHIBITS, CERT. OF SVC. -- (A-1 THRU A-46) Deft. General Foods Corp. and Burger Chef Systems, Inc.  SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF NEW YORK  SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/11/14 | | APPEARANCES:  MICHAEL D. HAUSFELD, ESQ. for Robert Donlon; Andrew Lockhart; George Scrivanos; West Warwick General, Inc.; G&S Restaurants, Inc.; Peter Yidiaris, et al.; CBR, Inc., et al.; Charles Rice, et al.; J.G. Morin, Inc., et al.; C.B.C. Inc., et al.; R.C.M. Inc., et al.; Ricmor Inc., et al.; T & S Drive In, Inc., et al.; S.O.M.I. Co., Inc., et al.; Stamit Corp., et al.; J.G.M. Inc., et al.; Hellas Family Restaurants, Inc., et al.; Armando Gregoria, et al.; G.K.T. Development Corp., et al.; Cap Restaurants, Inc., et al.; George Staffopoulos, et al.; Anthony P. Lombardi, et al.; Steven Panagakos, et al.; Ray Stevens, et al.; Robert G. Nelson, et al.; William J. Kline, et al.; Carl J. Kalinoff, et al.; C. Coulter Derklyn, et al.; Joseph Sheldon, et al.; P. J. Grumley, et al.; James R. Trester; Edward G. Hodorowski, et al.; Allen L. Van Ert, et al.; Urban J. Gregoire, et al.; Joseph R. Hodorowski, et al.; PETER W. HERZOG, ESQ. for First Natinal Bank of Danville, Etc.; H&H Foods, Inc.; William E. Mitchell, et al.; Rita C O'Neal; JOHN F.DIENELT, ESQ. for Hardee's Food Systems, Inc.; ROBERT G. MCDOWELL, ESQ.  for Spartan Food Systems, Inc. (rh) |
| 85/11/15 | | APPEARANCE:  JOHN J. KIRBY, JR., ESQ. for General Foods Corp. and Burger er Chef Systems, Inc. (rh) |
| 85/11/18 | 2 | RESPONSE/MEMORANDUM/CROSS MOTION -- First National Bank of Danville, etc. H&H Foods, Inc. William E. Mitchell, et al. and  Rita C. O' Neal (SUGGESTED TRANSFEREE DISTRICT:  MIDDLE DISTRICT OF TENNESSEE) -- w/cert. of svc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 673 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/19 | 3 | RESPONSE -- (to pldg. #1) Robert Donlon; Andrew Lockhart; George Scrivanos; West Warwick General, Inc.; G&S Restaurants, Inc.; Peter Yidiaris, et al.; CBR, Inc., et al.; Charles Rice, et al.; J.G. Morin, Inc., et al.; C.B.C. Inc., et al.; R.C.M. Inc., et al.; Ricmor Inc., et al.; T & S Drive In, Inc., et al.; S.O.M.I. Co., Inc., et al.; Stamit Corp., et al.; J.G.M. Inc., et al.; Hellas Family Restaurants, Inc., et al.; Armando Gregoria, et al.; G.K.T. Development Corp., et al.; Cap Restaurants, Inc., et al.; George Staffopoulos, et al.; Anthony P. Lombardi, et al.; Steven Panagakos, et al.; Ray Stevens, et al.; Robert G. Nelson, et al.; William J. Kline, et al.; Carl J. Kalinoff, et al.; C. Coulter Derklyn, et al.; Joseph Sheldon, et al.; P. J. Grumley, et al.; James R. Trester; Edward G. Hodorowski, et al.; Allen L. Van Ert, et al.; Urban J. Gregoire, et al.; Joseph R. Hodorowski, et al. -- w/cert. of svc. (rh) |
| 85/11/20 | 4 | RESPONSE -- (to pldg. #1) HARDEE'S FOOD SYSTEMS, INC. -- w/cert. of svc. (rh) |
| 85/11/22 | 5 | NOTICE OF RELATED ACTION -- James Keinath, et al. v. General Foods Corp., et al., N.D. Ohio, C.A. No. C85-3287 -- filed by Michael D. Hausfeld, Esq. (S.D. Fla., D. Mass., D. Minn., N.D. Ohio, and E.D. Wis. pltfs.) -- w/cert. of svc. (rh) |
| 85/11/25 | 6 | RESPONSE -- (to pldg. #2) General Foods Corp. and Burger Chef Systems, Inc. -- w/cert. of svc. (rh) |
| 85/11/25 | 7 | REPLY -- (to pldg. #1) General Foods and Burger Chef Systems, Inc. -- w/cert. of svc. (rh) |
| 85/12/02 | 8 | JOINDER IN MOTION/RESPONSE (to pldg. #1) -- deft. Spartan Foods Systems, Inc. w/cert. of svc. (ds) |
| 85/12/02 | 9 | REPLY MEMORANDUM (to pldg. #2) -- pltfs. William E. Mitchell, et al., James A. Emory, et al. Rita C. O'Neal and H & H Foods, Inc. w/cert. of svc. (ds) |
| 85/12/03 | 10 | RESPONSE -- defendant Hardee's Food System, Inc., with certificate of service. (paa) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/12/11 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |
| 85/12/20 | 11 | NOTICE OF RELATED ACTIONS -- Fun Foods, Inc., et al. v. General Foods Corporation, et al., W.D. Texas, C.A. No. SA 85-CA-3241, Hudkins v. General Foods Corporation, et al., W.D. Texas, C.A. No. SA 85-CA-3240 and Raxco Enterprises, Inc., et al. v. General Foods Corporation, et al., W.D. Texas, C.A. No. A-85-CA-694-- with service, counsel for plaintiff. (paa) |
| 85/12/30 | 12 | INTERESTED PARTY RESPONSE/MEMORANDUM -- submitted by William S. Rosen, Esq. counsel for pltfs. in Kenneth R. Johnson, et al. v. General foods Corp., et al., D. Minn., C.A. No. 4-85-1647 -- w/cert. of service (cds) |
| 86/01/06 | 13 | NOTICE OF RELATED ACTIONS -- submitted by Michael D. Hausfield, Esq. counsel for plaintiffs -- Double W, Inc., et al. v. General Foods Corp., et al., W.D. Texas, #SA-85-CA-3358; and Charles Shoemaker, et al. v. General Foods Corp., et al., E.D. Texas, #TX-85-239-CA  (cds) |
| 86/01/16 | 14 | NOTICE OF RELATED ACTIONS -- submitted by John J. Kirby, Jr., Esq. counsel for General Foods Corp. and Burger Chef Systems, Inc. -- Okinow v. General Foods Corp., et al., D.Minn., C.A. No. CV-3-85-1939; and Eklund v. General Foods Corp., et al., D.Minn., C.A. No. CV-4-85-1646  (cds) |
| 86/01/23 |  | HEARING APPEARANCES FOR ORAL ARGUMENT ON 1/23/86 MIAMI, FLORIDA -- John W. Kirby, for Burger Chef Systemns, Inc.; John F. Dienelt, Esq for Hardee's Food Systems, Inc.; Michael D. Hausfeld for Robert Donlon; Peter Herzog for James Emory, William Mitchell, Rita O'Neal and H & H Foods, Inc.; William S. Rosen, Esq. for Kenneth R. Johnson.  (rew) |
| 86/01/24 | 15 | LETTER (re further developments) -- signed by Robert A. Cantor -- behalf Defendants General Foods and Burger Chef Systems, Inc. dated 1/23/86 w/svc.         (rew) |
| 86/02/13 |  | CONSENT OF TRANNSFEREE COURT -- for assignment of litigation to Judge Dowd in the N.D. Ohio  (cds) |
| 86/02/13 |  | TRANSFER ORDER -- transferring A-1 through A-47 to the Northern District of Ohio for assignment to Hon. David D. Dowd Jr. for pretrial proceedings -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISC. RECIPIENTS  (cds) |

673     In Re Burger Chef Franchise Litigation

| | | |
|---|---|---|
| 86/02/24 | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-49 through B-58 notified involved counsel, transferee judge and involved judges (tmq) | |

Charles Shoemaker, et al. v. General Foods Corp., et al.

Double W. Inc., et al. v. General Foods Corp., et al.

Rasco Enterprises, et al. v. General Foods Corp., et al.

Fun Foods, Inc., et al. v. General Foods Corp., et al.

Richard Budkins, et al. v. General Foods Corp., et al.

Robert Okinow v. General Foods Corp., et al.

Bertel L. Eklund, et al. v. General Foods Corp., et al.

Kenneth H. Rose, et al. v. General Foods Corp., et al.

John Riordan, et al. v. General Foods Corp., et al.

John Riordan, et al. v. General Foods Corp., et al.

86/03/12     CONDTIONAL TRANSFER ORDERS FINAL TODAY -- B-49 through B-58 -- NOTIFIED INVOLVED CLERKS and JUDGES. (paa)

| | | | |
|---|---|---|---|
| B-49 | Charles Shoemaker, et al. v. General Foods Corp., et al. | E.D.Tex. Hall | TX-85-239-CA |
| B-50 | Double W. Inc., et al. v. General Foods Corp., et al. | W.D.Tex. Sessions | SA-85-CA-3358 |
| B-51 | Rasco Enterprises, et al. v. General Foods Corp., et al. | W.D.Tex. Smith | A-85-CA-694 |
| B-52 | Fun Foods, Inc., et al. v. General Foods Corp., et al. | W.D.Tex Prado | SA-85-CA-3241 |
| B-53 | Richard Budkins, et al. v. General Foods Corp., et al. | W.D.Tex. Prado | SA-85-CA-3240 |
| B-54 | Robert Okinow v. General Foods Corp., et al. | D. Minn. Murphy | 4-86-41 |
| B-55 | Bertel L. Eklund, et al. v. General Foods Corp., et al. | D. Minn. Murphy | 4-85-1646 |
| B-56 | Kenneth H. Rose, et al. v. General Foods Corp., et al. | E.D.Wisc. Evans | 86-C-0026 |
| B-57 | John Riordan, et al. v. General Foods Corp., et al. | E.D.Wisc. Evans | 86-C-0027 |
| B-58 | John Riordan, et al. v. General Foods Corp., et al. | E.D.Wisc. Evans | 86-C-0028 |

JPML FORM 1A

B.5

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/04/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-59 Blackford Associates, Inc., et al. v. General Foods Corp., et al., E.D. Virginia, C.A. NO. 86-175-N -- Notified involved counsel and judges (rh) |
| 86/04/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY B-59 -- Blackford Associates, Inc., et al. v. General Foods Corp. et al., E.D. Virginia, C.A. No. 86-175-N -- Notified involved clerks and judges (tmq) |
| 86/05/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY B-61 -- Burger Chef Systems, Inc., v. Robert J. Brown, et al, E.D. Texas C.A. No. B-86-107-CA -- Notified involved counsel and judges. (tmq) |
| 86/06/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-61 Burger Chef Systems, Inc. v. Robert J. Brown, et al., E.D. Texas, C.A. No. B-86-107-CA -- Notified involved judges and clerks (rh) |
| 86/06/09 | 16 | RESPONSE REGARDING CTO -- filed by deft. Robert J. Brown, et al. -- filed in B-61 Burger Chef Systems, Inc. v. Robert J. Brown, et al., E.D. Texas, C.A. No. B-86-107-CA (regarding motion to remad pending in action) -- w/cert. of svc. |
| 86/06/25 | | CONDITIONAL TRANSFER ORDER FILED TODAY C-32 -- Russell G. Parizo, et al. v. General Foods Corporation, et al., S.D. Florida, C.A. No. 86-6501-Civ-Zloch -- Notified involved counsel and judges. (tmq) |
| 86/07/11 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-32) Russell G. Parizo, et al. v. General Foods Corporation, et al., S.D. Florida, C.A. No. 86-6501-Civ-Zloch -- NOTIFIED CLERKS & JUDGES. (paa) |
| 86/08/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (D-64) David E. Thulin, et al. v. General Foods Corporation, et al., D. Colorado, C.A. No. 86-M-1422 -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 86/08/21 | | CONDITIONAL TRANSFER ORDER FINAL TODAY D-64 -- David E. Thulin, et al. v. General Foods Corp., et al., D. Colorado, C.A. No. 86-M-1422 -- Notified involved judges and clerks. (tmq) |

673

| | |
|---|---|
| 87/10/21 | CONDITIONAL TRANSFER ORDER FILED TODAY -- E-66 John R. Barney, et al. v. General Foods Corporation, et al., N.D. Indiana, C.A. No. H87-0555 -- Notified involved counsel and judges (rh) |
| 87/11/06 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- E-66 John R. Barney, et al. v. General Foods Corp., et al., N.D. Indiana, #H87-0555 -- Notified involved judges and clerks (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 673 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Burger Chef Franchise Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 23, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 13, 1986 | TO | Unpublished | N.D. Ohio | David D. Dowd, Jr. | |

### Special Transferee Information

MDL Clerk: Richard Peters - FTS-292-5407

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Donlon v. General Foods Corp., et al. | Fla.,S. Roettger | 85-8463 | 2/13/86 | C86-516A | ✓10/4/90 D | |
| A-2 | Andrew Lockhart v. General Foods Corp., et al. | Fla.,S. ~~Gonzalez~~ Roettger | 85-8524 | 2/13/86 | C86-517A | ✓10/4/90 D | |
| A-3 | First National Bank of Danville, etc. v. Burger Chef Systems, Inc., et al. | Ill.,C. Baker | ~~85-2383~~ | ~~2/13/86~~ | ~~C86-518A~~ | 2/24/87 D | |
| A-4 | H&H Foods, Inc. v. Burger Chef Systems, Inc., et al. | Ill.,C. Baker | 85-2384 | 2/13/86 | C86-519A | 3/8/91 D | |
| A-5 | George Scrivanos, et al. v. General Foods Corp., et al. | Mass. Mazzone | ~~85-3777-MA~~ | ~~2/13/86~~ | ~~C86-520A~~ | 2/24/87 D | |
| A-6 | West Warwick General, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3778-MA | 2/13/86 | C86-521A | ✓10/4/90 D | |
| A-7 | G & S Restaurants, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3779-MA | 2/13/86 | C86-522A | ✓10/4/90 D | |
| A-8 | Peter Yidiaris, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3780-MA | 2/13/86 | C86-523A | ✓10/4/90 D | |
| A-9 | CBR, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3781-MA | 2/13/86 | C86-524A | ✓10/4/90 D | |
| A-10 | Charles Rice, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3782-MA | 2/13/86 | C86-525A | ✓10/4/90 D | |
| A-11 | J. G. Morin, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3783-MA | 2/23/86 | C86-526A | ✓10/4/90 D | |
| A-12 | C.B.C. Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3784-MA | 2/13/86 | C86-527A | ✓10/4/90 D | |

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | R.C.M. Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3785-MA | 2/13/86 | C86-528A | 10/4/90 D | |
| A-14 | Ricmor Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3786-MA | 2/13/86 | C86-529A | 2/24/87 D | |
| A-15 | T & G Drive In, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3787-MA | 2/13/86 | C86-530A | 10/4/90 D | |
| A-16 | S.O.M.I. Co., Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3788-MA | 2/13/86 | C86-531A | 10/4/90 D | |
| A-17 | Stamit Corp., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3789-MA | 2/13/86 | C86-532A | 2/24/87 D | |
| A-18 | J.G.M. Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3790-MA | 2/13/86 | C86-533A | 10/4/90 D | |
| A-19 | Charles Rice, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3791-MA | 2/13/86 | C86-534A | 10/4/90 D | |
| A-20 | Hellas Family Restaurants, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3792-MA | 2/13/86 | C86-535A | 10/4/90 D | |
| A-21 | Hellas Family Restaurants, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3793-MA | 2/13/86 | C86-536A | 2/24/87 D | |
| A-22 | Armando Gregorio, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3794-MA | 2/13/86 | C86-537A | 10/4/90 D | |
| A-23 | George Scrivanos, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3795-MA | 2/13/86 | C86-538A | 2/24/87 D | |
| A-24 | G.K.T. Development Corp., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3796-MA | 2/13/86 | 86-539A | 10/4/90 D | |

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-25 | Cap Restaurants, Inc., et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3797-MA | 2/13/86 | C86-540A | 10/4/90 D | |
| A-26 | George Staffopoulos, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3798-MA | 2/13/86 | C86-541A | 10/4/90 D | |
| A-27 | Anthony P. Lombardi, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3799-MA | 2/13/86 | C86-542A | 2/24/87 D | |
| A-28 | Charles C. Rice, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3800-MA | 2/13/86 | C86-543A | 10/4/90 D | |
| A-29 | Steven Panagakos, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3801-MA | 2/13/86 | C86-544A | 10/4/90 D | |
| A-30 | Ray Stevens, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3802-MA | 2/13/86 | C86-545A | 10/4/90 D | |
| A-31 | Charles Rice, et al. v. General Foods Corp., et al. | Mass. Mazzone | 85-3803-MA | 2/13/86 | C86-546A | 10/4/90 D | |
| A-32 | George Staffopoulos, et al. v. General Foods Corp., et al. | Mass Mazzone | 85-3804-MA | 2/13/86 | C86-547A | 10/4/90 D | |
| A-33 | Robert G. Nelson, et al. v. General Foods Corp., et al. | Minn. Murphy | 4-85-1265 | 2/13/86 | C86-548A | 10/4/90 D | |
| A-34 | William J. Kline, et al. v. General Foods Corp., et al. | Ohio,N. Dowd | C85-2891A | NTN | | 10/4/90 D | |
| A-35 | Carl J. Kalinoff, et al. v. General Foods Corp., et al. | Ohio,N. Dowd | C85-2892A | NTN | | 10/4/90 D | |
| A-36 | C. Coulter Deklyn, et al. v. General Foods Corp., et al. | Ohio,N. ~~Bell~~ Dowd | C85-2893A | NTN | | 10/4/90 D | |

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-37 | William E. Mitchell, et al. v. Burger Chef Systems, Inc., et al. | Tenn.,M. ~~Morton~~ Nixon | 2-85-0128 | 2/13/85 | C86-550A | 3/8/91 D | 2 |
| A-38 | Rita C. O'Neal v. Burger Chef Systems, Inc., et al. | Tenn.,M. Nixon | 3-85-1142 | 2/13/85 | C86-551A | 3/8/91 D | 3 |
| A-39 | Joseph Sheldon, et al. v. General Foods Corp., et al. | Wis.,E. Evans | 85-C-1443 | 2/13/85 | C86-552A | 2/24/87 D | |
| A-40 | P. J. Grumley, et al. v. General Foods Corp., et al. | Wis.,E. Evans | 85-C-1444 | 2/13/85 | C86-553A | 2/24/87 D | |
| A-41 | Gerald Wolf, et al. v. General Foods Corp., et al. | Wis.,E. Evans | 85-C-1445 | 2/13/85 | C86-554A | 2/24/87 D | |
| A-42 | James R. Trester v. General Foods Corp., et al. | Wis.,E. Evans | 85-C-1446 | 2/13/85 | C86-555A | 2/24/87 D | |
| A-43 | Edward G. Hodorowski, et al. v. General Foods Corp., et al. | Wis.,E. Evans | 85-C-1447 | 2/13/85 | C86-556A | 2/24/87 D | |
| A-44 | Allen L. Van Ert, et al. v. General Foods Corp., et al. | Wis.,E. Evans | 85-C-1448 | 2/13/85 | C86-557A | 2/24/87 D | |
| A-45 | Urban J. Gregoire, et al. v. General Foods Corp., et al. | Wis.,E. Evans | 86-C-1449 | 2/13/85 | C86-558A | 2/24/87 D | |
| A-46 | Joseph R. Hodorowski, et al. v. General Foods Corp., et al. | Wis.,E. Evans | 85-C-1450 | 2/13/85 | C86-559A | 2/24/87 D | |
| A-47 | Kenneth R. Johnson, et al. v. General Foods Corp., et al. | Minn. | 4-85-1647 | 2/13/85 | C86-549A | 7/10/87 D | |
| XYZ-48 | James Keinath, et al. v. General Foods Corp., et al. | N.D. Ohio Dowd | C85-3287 | VTN | | 10/4/90 D | |

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-49 | Charles Shoemaker, et al. v. General Foods Corp., et al. 2-24/86 | E.D.Tex. Hall | TX-85-239-CA | 3/12/86 | C86-1445A | ✓10/4/90 D | |
| B-50 | Double W. Inc., et al. v. General Foods Corp., et al. 2-24-86 | W.D.Tex. Sessions | SA-85-CA-3358 | 3/12/86 | C86-1090A | 2/24/87 D | |
| B-51 | Rasco Enterprises, et al. v. General Foods Corp., et al. | W.D.Tex. Smith | A-85-CA-694 | 3/12/86 | C86-1446A | 10/4/90 D | |
| B-52 | Fun Foods, Inc., et al. v. General Foods Corp., et al. | W.D.Tex Prado | SA-85-CA-3241 | 3/12/86 | C86-1092A | 10/4/90 D | |
| B-53 | Richard Hudkins, et al. v. General Foods Corp., et al. | W.D.Tex. Prado | SA-85-CA-3240 | 3/12/86 | C86-1091A | 2/24/87 D | |
| B-54 | Robert Okinow v. General Foods Corp., et al. | D. Minn. Murphy | 4-86-41 | 3/12/86 | C86-1447A | 7/16/87 D | |
| B-55 | Bertel L. Eklund, et al. v. General Foods Corp., et al. | D. Minn. Murphy | 4-85-1646 | 3/12/86 | C86-1448A | 7/16/87 D | |
| B-56 | Kenneth H. Rose, et al. v. General Foods Corp., et al. | E.D.Wisc. Evans | 86-C-0026 | 3/12/86 | C86-1449A | 7/16/87 D | |
| B-57 | John Riordan, et al. v. General Foods Corp., et al. | E.D.Wisc. Evans | 86-C-0027 | 3/12/86 | C86-1450A | 2/24/87 D | |
| B-58 | John Riordan, et al. v. General Foods Corp., et al. | E.D.Wisc. Evans | 86-C-0028 | 3/12/86 | C86-1451A | 2/24/87 D | |
| B-59 | Blackford Associates, Inc., et al., v. General Foods Corp. 4-3-86 | E.D.Vir. MacKenize | 86-175 | 4/21 | C86-1507A | 10/4/90 D | |
| XYZ-60 | Vic & Syl Corp., et al. v. Gerneral Foods Corp., et al. | Ohio,N. | C86-197Y | NTN | | 10/4/90 | |
| B-61 | Burger Chef Systems, Inc. v. Robert J. Brown, et al. 5/22/86 | E.D.Tex. Cobb | B-86-107CA | 6-9-86 | C86-2463A | 3/8/9 | |

July 1986 -56 4R/5 XYZ/61 pg.

DOCKET NO. 673 -- In re Burger Chef Franchise Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-62 | Russell G. Parizo, et al. v. General Foods Corporation, et al. 6/25/86 | Zloch S.D. Fla | 86-6501 | 7/11/86 | 86-2932A | 10/4/90 D | |
| XYZ-63 | Robert D. Spencer, et al. v. General Foods Corp., et al. | N.D. Ohio | C86-2491A | | | 3/8/91 D | |
| D-64 | David E. Thulin, et al. v. General Foods Corporation, et al. | D.CO. Matsch | 86-M-1422 | 8/21/86 | 86-3740A | 10/4/90 D | |
| XYZ-65 | Daniel K. Lichtenstein, et al. v. General Foods Corp., et al. | N.D.Ohio Dowd | C86-666A | | | 2/24/90 D | |
| E-66 | John R. Barney, et al. v. General Foods Corporation, et al. 10-21-87 | N.D.Ind. Moody | H87-0555 | 11/6/87 | L87-0707A | 10/4/90 D | |

July 1987 - 2 TR / 2 XYZ / 21 Dis / 44 Pdg.

July 1988 - 1 TR / 4 Dis / 41 Pdg.
July 1989 - Same
July 1990 - Same
July 1991 - 41 [illegible]

JPML Form 4

(REVISED 8/26/86)

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 673 -- IN RE BURGER CHEF FRANCHISE LITIGATION

| | |
|---|---|
| ROBET DONLON (A-1) <br> ANDREW LOCKHART (A-2) <br> GEORGE SCRIVANOS (A-5 & 23) <br> WEST WARWICK GENERAL, INC. (A-6) <br> G&S RESTAURANTS, INC. (A-7) <br> PETER YIDIARIS, ET AL. (A-8) <br> CBR, INC., ET AL. (A-9) <br> CHARLES RICE, ET AL. (A-10,19,28 & 31) <br> J.G. MORIN, INC. ET AL. (A-11) <br> C.B.C. INC., ET AL. (A-12) <br> R.C.M. INC., ET AL. (A-13) <br> RICHMOR INC., ET AL. (A-14) <br> T & G DRIVE IN, INC. ET AL. (A-15) <br> S.O.M.I. CO, INC., ET AL. (A-16) <br> STAMIT CORP., ET AL. (A-17) <br> J,G.M. INC., ET AL. (A-18) <br> HELLAS FAMILY RESTAURANTS, INC., ET AL. (A-20 & A-21) <br> ARMANDO GREGORIA, ET AL. (A-22) <br> G.K.T. DEVELOPMENT CORP., ET AL. (A-24) <br> CAP RESTAURANTS, INC., ET AL. (A-25) <br> GEORGE STAFFOPOULOS, ET AL. (A-26 & A-32) <br> ANTHONY P. LOMBARDI, ET AL. (A-27) <br> STEVEN PANAGAKOS, ET AL. (A-29) <br> RAY STEVENS, ET AL. (A-30) <br> ROBERT G. NELSON, ET AL. (A-33) <br> WILLIAM J. KLINE, ET AL. (A-34) <br> CARL J. KALINOFF, ET AL. (A-35) <br> C. COULTER DEKLYN, ET AL. (A-36) <br> JOSEPH SHELDON, ET AL. (A-39) <br> P.J. GRUMLEY, ET AL. (A-40) <br> GERALD WOLF, ET AL. (A-41) <br> JAMES R. TRESTER (A-42) <br><br> (CONTINUED ON OTHER SIDE) | EDWARD G. HODOROWSKI, ET AL. (A-43) <br> ALLEN L. VAN ERT, ET AL. (A-44) <br> URBAN J. GREGOIRE, ET AL. (A-45) <br> JOSEPH R. HODOROWSKI, ET AL. (A-46) <br> CHARLES SHOEMAKER, ET AL. (B-49) <br> DOUBLE W. INC., ET AL. (B-50) <br> RASCO ENTERPRISES, INC. (B-51) <br> FUN FOODS, INC., ET AL. (B-52) <br> RICHARD HUDKINS (B-53) <br> BLACKFORD ASSOCIATES, INC., <br> KRUGER, THEODORE & KRUGER, INA (B-59) <br> Michael D. Hausfeld, Esquire <br> Cohen, Milstein & Hausfeld <br> 1407 New York Avenue, N.W. <br> Suite 600 <br> Washington, D.C. 20005 <br><br> FIRST NATIONAL BANK OF DANVILLE, ETC. (A-3) <br> H&H FOODS, INC. (A-4) <br> WILLIAM E. MITCHELL, ET AL. (A-37) <br> RITA C. O'NEAL (A-38) <br> Peter W. Herzog, Esquire <br> Herzog & Burroughs <br> 411 North Seventh Street <br> Suite 1300 <br> St. Louis, Missouri 63101 <br><br> HARDEE'S FOOD SYSTEMS, INC. <br> John F. Dienbelt, Esquire <br> Reed, Smith, Shaw & McClay <br> 1150 Connecticut Ave., N.W. <br> Suite 900 <br> Washington, D.C. 20036 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 673 -- IN RE BURGER CHEF FRANCHISE LITIGATION

SPARTAN FOOD SYSTEMS, INC.
Robert G. McDowell, Esquire
James A. DeLanis, Esquire
Baker, Worthington, Crossley,
   Stansberry & Woolf
401 Church St., L&C Tower, 30th Fl.
Post Office Box 2866
Nashville, Tennessee  37219

GENERAL FOODS CORP.
BURGER CHEF SYSTEMS, INC.
John J. Kirby, Jr., Esquire
Mudge, Rose, Guthrie, Alexander
  & Ferdon
180 Maiden Lane
New York, New York  10038

ROBERT OKINOW         (B-54)
BERTEL EKLUND, ET AL. (B-55)
William S. Rosen, Esquire
1016 Conwed Tower
444 Cedar Street
St. Paul, Minnesota  55101

KENNETH H. ROSE,    (B-56)
JOHN L. RIORDAN,    (B-57-58)
William A. Wiseman, Esquire
Alan M. Levy, Esquire
Smith & O'Neill, S.C.
111 East Wisconsin Ave., Ste. 1400
Milwaukee, Wisconsin  53202

ROBERT J. BROWN, ET AL. (Deft. B-61)
Wayne Peveto, Esquire
118 S. Border
Orange, Texas  77630

Peter W. Herzog, Esquire
411 North Seventh Street
Suite 1300
St. Louis, Missouri  63101    (SAME AS A-3)

RUSSELL G. PARIZO. ET AL.  (C-32)
Coleman R. Rosenfield, Esq.
408 S. Andrews Avenue
Ft. Lauderdale, Florida  33301

DAVID E. THULIN, ET AL. (D-64)
Brian A. Jeffrey, Esquire
Jeffrey & Taussaint
3103 Colorado Highway 74,
Suite 210
Evergreen, Colorado  80439

JOHN R. BARNEY, ET AL. (E-66)
Daniel A. Medrea, Esq.
Lucas, Holcomb & Medrea
Twin Towers South
Suite 606
1000 E. 80th Place
Merrillville, Indiana  46410

Coleman R. Rosenfield, Esq.
408 South Andrews Avenue    (SAME AS C-32)
Suite 201
Ft. Lauderdale, Florida  33301

Michael D. Hausfeld, Esq.
(SAME AS A-1)

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _673_ -- _In re Burger Chef Franchise Litigation_

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Foods Corp. | A-1 THRU A-46, B-59; B-61; C-62; D-64; E-66 |
| Burger Chef Systems, Inc. | A-1 THRU A-46, B-49 thru B-58, B-61; C-62; D-64; E-66 |
| Hardee's Food Systems, Inc. | A-3, A-4, A-37, A-38 B-61; |
| Spartan Foods, Inc. | A-37 |
| ROBERT J. BROWN, ET AL. | B-61; |
| Russell G. Parizo and Mary Parizo | C-62; |
| | |
| | |
| | |
| | |